J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Nicole L. Drey (SBN 250235)
nicole@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff DC Comics

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC Comics, <br><br> Plaintiff, <br><br> v. <br><br> Mark Towle, an individual and d/b/a Gotham Garage, and Does 1 – 10, inclusive, <br><br> Defendants. | Case No. CV11-3934 RSWL (OPx) <br><br> NOTICE OF LODGING OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.1 and the Protective Order entered in this matter on May 31, 2012, Docket No. 30, Plaintiff DC Comics hereby lodges Exhibits A, B, and G to the Declarations in Support of Plaintiff's Motion for Summary Judgment as well as Exhibits 8-13 and 15-22 to the Joint Stipulation re Motion for Summary Judgment for filing under seal as set forth in the separately filed Application to File Confidential and Highly Confidential Exhibits Under Seal.

Dated: December 26, 2012        J. Andrew Coombs, A Professional Corp.

By: /s/ Nicole L. Drey
　　　J. Andrew Coombs
　　　Nicole L. Drey
Attorneys for Plaintiff DC Comics

DC Comics v. Towle: Notice of Lodging        - 1 -