UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 11-3934-RSWL (Opx) | Date | January 30, 2013 |
| Title | DC Comics v. Mark Towle, et al. | | |

| Present: The Honorable | Ronald S.W. Lew, Senior, U.S. District Court Judge |
|---|---|

| Joseph Remigio | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| James Andrew Coombs<br>Nicole Drey | Lawrence Zerner |

**Proceedings:**  **MOTIONS HEARING**  (Non-Evidentiary; Held and Completed)**:** Defendant Mark Towle dba Gotham Garage's Motion for Partial Summary Judgment (filed 12/26/12) **[41];**  Plaintiff DC Comics' Motion for Partial Summary Judgment (filed 12/26/12) **[42]**

Case called.  Appearances made.

The Court hears oral argument and takes the motions under submission.  The Court's order will issue.

| | 1 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | JRE | |