1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DC Comics,

                Plaintiff,

      v.

Mark Towle, an individual and d/b/a
Gotham Garage, and Does 1 through 10,
inclusive,

                Defendants.

Case No. CV11-3934 RSWL (OPx)

ORDER RE: PERMANENT
INJUNCTION

      Pursuant to the Court's Orders of February 8, 2013, and pursuant to the

Parties' Joint Stipulation re Entry of Judgment and Permanent Injunction

acknowledging these Court Orders, the Court finds the following facts:

      1.      Plaintiff DC Comics ("DC Comics") is the owner of various copyrights

infringed by Defendant Mark Towle, an individual and d/b/a Gotham Garage

("Defendant").  Specifically, DC Comics owns all copyright interest in and to the

Batman character, all Bat symbols, the Batmobile, including the iterations and

versions appearing in the 1966 television series *Batman* and the 1989 motion picture

*Batman*, and all Batman-related indicia (collectively "the Batman Copyrights").  The

Batman Copyrights are reflected, *inter alia*, in the copyright registrations identified

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

in the chart appended as Exhibit A hereto, which include both literary works directly registered by DC Comics, as well as television series episodes and a theatrical motion picture produced under license from DC Comics and subject to DC Comics' reservation of rights.

2.     DC Comics is the owner of various trademarks infringed by Defendant, including the registered trademarks to the word and design marks identified in the chart appended as Exhibit B hereto (collectively "the Batman Trademarks").  (The Batman Copyrights and the Batman Trademarks are collectively referred to herein as the "Batman Properties.")

3.     Defendant's manufacture, sale, offering for sale, marketing and/or distribution of replica vehicles, vehicle kits, vehicle parts and accessories, and other merchandise bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of the Batman Properties ("Unauthorized Products") are in violation of DC Comics' rights in and to the Batman Properties.

Therefore, based upon the foregoing facts, and good cause appearing therefore,

THE COURT HEREBY ORDERS that this Injunction shall be and is hereby entered in the within action as follows:

1.     Defendant and his agents, servants, employees, and all persons in active concert and participation with him who receive actual notice of this Injunction, are hereby restrained and enjoined from:

a.     Infringing the Batman Properties, either directly or contributorily, in any manner, including generally, but not limited to, the manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, renting, advertising, promoting, exhibiting, or otherwise disposing of any Unauthorized Products;

b.      Using any simulation, reproduction, counterfeit, copy, or colorable imitation of any of the Batman Properties in the promotion, advertisement, display, sale, offer for sale, rental, manufacture, production, circulation, or distribution of Unauthorized Products in such fashion as to relate or connect, or tend to relate or connect, such products in any way to DC Comics or to any goods sold, manufactured, sponsored, or approved by or connected with DC Comics;

c.      Making any statement or representation whatsoever, or using any false designation of origin or false description, or performing any act that can or is likely to lead the trade or public, or individual members thereof, to believe that any products manufactured, distributed, or sold by Defendant are in any manner associated or connected with DC Comics, or are sold, manufactured, licensed, sponsored approved, or authorized by DC Comics;

d.      Engaging in any other activity constituting unfair competition with or an infringement of any of the Batman Properties or of DC Comics' rights in, or to use or to exploit the Batman Properties, or constituting any dilution of DC Comics' name, reputation, or goodwill;

e.      Effecting assignments or transfers, forming new entities or associations or using any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth herein; and

f.      Aiding, abetting, contributing to, or otherwise assisting anyone from infringing upon any of the Batman Properties.

/ / /

/ / /

DC Comics v. Towle: Permanent Injunction                    - 3 -

1

2        2.      This Injunction is without prejudice to any other valid rights of DC

3   Comics or Defendant and may be enforced during the pendency of an appeal to the

4   Court of Appeals of the Ninth Circuit of the Court's Order re: Defendant Mark

5   Towle's Motion for Partial Summary Judgment [41]; Plaintiff DC Comics' Motion

6   for Partial Summary Judgment [42], Docket No. 74.

7   DATED: __2/22/13_____     RONALD S.W. LEW
                                            _____
8                                           Hon. Ronald S. W. Lew
                                            United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## EXHIBIT A

## COPYRIGHT REGISTRATIONS

3

4

5

6

7

8

9

10

11

12

13

| Copyright Registration | Title of Work | Type of Work |
|---|---|---|
| R 674652 | *Detective Comics* #156 (Feb. 1950) | Periodical |
| RE 575-202 | *Batman* #164 (June 1964) | Periodical |
| RE 628-257 | *Detective Comics* #341 (July 1965) | Periodical |
| RE 635-675 | *World's Finest Comics* #154 (Dec. 1965) | Periodical |
| R 509062 | *Batman* #20 (Dec. 1943-1944) | Periodical |
| RE 628-242 | *Batman* #170 (628-242) | Periodical |
| R 434644 | *Batman* #5 (Spring 1941) | Periodical |
| TX 2-521-679 | *Batman: The Cult* (1988) | Periodical |
| TX 2-046-861 | *Batman* #408 (June 1987) | |
| TXu 521-001 | Batman Returns Style Guide I | Style Guide |
| TXu 513-455 | Batman Returns Style Guide II | Style Guide |
| PA 269-509 | BATMAN Series – THE JOKER'S LAST LAUGH | Television Motion Picture |
| PA 417-162 | BATMAN | Motion Picture |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>EXHIBIT B</u>**

**<u>TRADEMARK REGISTRATIONS</u>**

| Trademark | Registration No. | Class | Registration Date |
|---|---|---|---|
| Bat Emblem  | 1581725 | 28 | February 2, 1990 |
| | 1581593 | 21 | February 6, 1990 |
| | 1581659 | 25 | February 6, 1990 |
| | 2119266 | 16 | December 9, 1997 |
| Bat Emblem (Batman Begins)  | 3299017 | 9 | September 25, 2007 |
| | 3110604 | 16 | June 27, 2006 |
| | 3326043 | 25 | October 30, 2007 |
| | 3313612 | 28 | October 16, 2007 |
| Bat Rep II  | 1219120 | 16 | December 7, 1982 |
| BATMAN (Word Mark) | 0856045 | 25 | September 3, 1968 |
| | 0858860 | 28 | October 22, 1968 |
| | 0828412 | 21 | May 9, 1967 |
| | 2457655 | 41 | June 5, 2001 |
| | 1652640 | 41 | June 30, 1991 |
| | 0839561 | 16 | November 28, 1967 |
| | 1221720 | 16 | December 28, 1982 |
| | 1587507 | 9 | March 20, 1990 |
| BATMOBILE (Word Mark) | Serial No. 85143617 | 12 | n/a |
| | 4246497 | 40 | November 20, 2012 |
| | 1124961 | 28 | November 24, 1981 |
| | 1124961 | 28 | September 11, 1979 |