JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC Comics, <br><br> Plaintiff, <br><br> v. <br><br> Mark Towle, an individual and d/b/a Gotham Garage, and Does 1 through 10, inclusive, <br><br> Defendants. | Case No. CV11-3934 RSWL (OPx) <br><br> JUDGMENT |

    Pursuant to the Parties' Joint Stipulation re Entry of Judgment and Permanent Injunction and the Court's Order of February 8, 2013,

    IT IS ORDERED, ADJUDGED AND DECREED:

    That judgment is entered for Plaintiff DC Comics ("Plaintiff") and against Defendant Mark Towle, an individual and d/b/a Gotham Garage ("Defendant") on Plaintiff's claims for copyright infringement (Count I), trademark infringement (Count II), and unfair competition (Counts III and IV) (collectively, "Plaintiff's Claims"); and

1  That Defendant is liable to Plaintiff for actual damages in the total amount of $70,000.00 on Plaintiff's Claims.

Each party shall bear its own costs and attorney's fees.

The Court has entered a Permanent Injunction by a separate order.

This judgment is subject to, and does not reflect waiver of, Defendant's right to appeal to the Court of Appeals for the Ninth Circuit from the Court's Order re: Defendant Mark Towle's Motion for Partial Summary Judgment [41]; Plaintiff DC Comics' Motion for Partial Summary Judgment [42], Docket No. 74.

DATED: _2-22-13_____

**RONALD S.W. LEW**
Hon. Ronald S. W. Lew
United States District Judge